# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:06-cr-00530-FMC-2 | | Date | September 4, 2009 |
|---|---|---|---|---|

| Present: The Honorable | FLORENCE-MARIE COOPER |
|---|---|
| Interpreter | N/A |

| Alicia Mamer | Not present | Bruce Searby/Jill Feeney (not present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Greg Wong** | | | | Eric A Chase | | | X |

**Proceedings:**   ORDER ON DEFENDANT'S MOTION AND APPLICATION  (In Chambers)

The Court has read and considered Defendant's Motion to Remove Lien and Application for Extension of Time to Pay Restitution [135], together with the Government's Response thereto.

The Application for Extension of time is GRANTED.  Defendant is granted an extension to December 1, 2009, to pay the partial restitution payment of $250,000.

The Motion to Remove the Government's Lien is DENIED WITHOUT PREJUDICE to reconsideration once the Court is satisfied that the Government's right to receive restitution is secure.

cc:   USPO

|  | : | N/A |
|---|---|---|
| Initials of Deputy Clerk | AM | |