UNITED DEFENSE GROUP, LLP
Eric Chase, SBN 148030
Oren Rosenthal, SBN 243110
4181 Sunswept Drive, Ste. 100
Studio City, CA 91604
Telephone (818) 487-7400
Fax (818) 487-7414

Attorney for Defendant
GREG WONG

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:06-cr-00530-FMC-2 |
| Plaintiff, | DEFENDANT'S THIRD *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO PAY RESTITUTION |
| vs. | |
| GREG WONG | |
| Defendant. | Hon. Florence-Marie Cooper |

Defendant Greg Wong, by and through his attorney, Eric A. Chase, submits this third *ex parte* application ("Application") requesting an additional one and a half week extension of time in which to make the ordered restitution payment of $250,000, so as to allow Mr. Wong's reverse mortgage to close and payment to be made.

The Application is supported by the declaration of attorney Oren Rosenthal. This Application is based on the grounds that Defendant's loan application was finally approved on November 24, 2009, and he is now waiting for the paperwork to be generated and the loan to close.

//

//

//

//

//

-1-
APPLICATION FOR EXTENSION OF TIME TO PAY RESITUTION

WHEREFORE, Defendant respectfully asks the Court to extend the deadline by which his restitution payment of $250,000 is due from December 1, 2009 to December 11, 2009.

Dated:  November 25, 2009

> Respectfully Submitted,
> UNITED DEFENSE GROUP, LLP
>
>
> By:  /s/   Eric A. Chase
> _____
> Eric A. Chase
> 4181 Sunswept Drive, Ste. 100
> Studio City, CA 91604
> Telephone (818) 487-7400
> Fax (818) 487-7414
>
> Attorney for Defendant,
> GREG WONG

**CERTIFICATE OF SERVICE**

I, Oren Rosenthal, hereby declare:

    That I am a citizen of the United States and employed in Los Angeles County, California; that my business address is United Defense Group, LLP, 4181 Sunswept Dr., Suite 100, Studio City, CA 91604; that I am over the age of eighteen years, and am not a party to this action.

    That on November 25, 2009, I served a copy of DEFENDANT'S THIRD EX PARTE APPLICATION FOR EXTENSION OF TIME TO PAY RESTITUTION and related attachments as follows:

<u>Via Facsimile:</u>
Deborah Yniguez Consiglio
United States Probation Officer
Fax:  626-814-8639

                                                      /s/
                                         Oren Rosenthal