UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:06-cr-00530-FMC-2 |
| Plaintiff, | ) |
| vs. | ) DECLARATION OF |
| | ) ATTORNEY OREN ROSENTHAL |
| GREG WONG | ) |
| Defendant. | ) Hon. Florence-Marie Cooper |

I, OREN ROSENTHAL, do hereby state that the following is true to the best of my knowledge and belief:

1. I am an attorney licensed to practice in the State of California and the State of New York, and I am admitted to practice before the United States District Court for the Central District of California.

2. I am an employee of United Defense Group, LLP, which represents Defendant Greg Wong in the above-captioned matter.

3. On December 10, 2008, this Court ordered Defendant to pay restitution in the amount of $250,000 within 60 days of the sentencing hearing;

4. On July 6, 2009, this Court granted Defendant's first Application for Extension of Time to Pay Restitution, and set a new deadline of September 1, 2009;

5. Defendant applied with Bank of America, N.A. for a reverse mortgage on his residence, located at 115 Orange Street, San Gabriel, California 91776, in order to pay his restitution obligation in this case;

6. Defendant's loan application with Bank of America was denied because of a lien on the property in the amount of $2,894,893.00, filed by the United States District Court on May 12, 2009;

7. On September 4, 2009, this Court granted Defendant's Second Application for Extension of Time to Pay Restitution, and set December 1, 2009, as the new date to pay the partial restitution payment of $250,000;

8. With the assistance of the United States Attorney's Office, Defendant was able to have the lien on his property partially lifted so that he may borrow against the property to pay restitution;

9. Defendant has applied for another reverse mortgage with Genworth Financial, which was approved on November 24, 2009, and has cleared to close (*see* Attachment A);

10. Defendant is now waiting for the loan documents to be prepared and for the reverse mortgage to close, which Defendant's counsel expect to be completed by the week of December 7, 2009;

11. Assistant United States Attorney Bruce Searby and I briefly spoke about filing a stipulation to address Defendant's request for an extension of time, however, due to the holiday weekend and other scheduling conflicts, AUSA Searby and I were unable to confer further on the issue.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 25, 2009
Studio City, California.

/s/
Oren Rosenthal

-
DECLARATION OF ATTORNEY OREN ROSENTHAL