UNITED DEFENSE GROUP, LLP
Eric Chase, SBN 148030
Oren Rosenthal, SBN 243110
4181 Sunswept Drive, Ste. 100
Studio City, CA 91604
Telephone (818) 487-7400
Fax (818) 487-7414

Attorney for Defendant
GREG WONG

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:06-cr-00530-FMC-2 |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO PAY RESTITUTION |
| GREG WONG | |
| Defendant. | Hon. Florence-Marie Cooper |

After careful consideration and good cause shown, the Court finds that Defendant's Third *Ex Parte* Application for Extension of Time to Pay Restitution should be granted.

Defendant Greg Wong is hereby ordered to make the partial restitution payment of $250,000 by [December 11, 2009.]

SO ORDERED.

DATED:        November ___, 2009

_____